## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Callahan v. Allen et al

Case Number:  2:06-cv-00919-MEF

Referenced Docket Entry - ***Complaint - Doc. No. 1

The referenced docket entry was docketed as a regular civil case in ERROR on ***October 12, 2006*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed as INMATE 1983 COMPLAINT. Please DISREGARD this docket entry. PLEASE DISREGARD THIS DOCKET ENTRY. SEE DOC. ENTRY 3 FOR CORRECTION.