AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

James Callahan

**SUMMONS IN A CIVIL ACTION**

V.

Richard Allen, Commissioner of the
Alabama Department of Corrections;
Grant Culliver, Warden of Holman
Prison; Unknown Employees and Agents
of the Alabama Department of Corrections

CASE NUMBER: 2:06CV919-MEF

TO: (Name and address of Defendant)

Richard Allen
Commissioner, Alabama Department of Corrections
301 S. Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall Susskind
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _30_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*            10/12/06

CLERK                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

James Callahan

V.

Richard Allen, Commissioner of the
Alabama Department of Corrections;
Grant Culliver, Warden of Holman
Prison; Unknown Employees and Agents
of the Alabama Department of Corrections

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV919-M
E
F

TO: (Name and address of Defendant)

Grantt Culliver
Warden
Holman Prison
Holman 3700
Atmore, AL 36503-3700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall Susskind
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                         10/12/06
CLERK                                                                     DATE

(By) DEPUTY CLERK