# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 16, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Callahan v. Allen et al
Civil Action No.  2:06-cv-00919-MEF

The above-styled case has been  reassigned to  Judge William Keith Watkins.

Please note that the case number is now 2:06-cv-00919-WKW.   This new case number should be used on all future correspondence and pleadings in this action.