**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Grant Culliver
Warden
Holman Prison
Holman 3700
Atmore, AL 36503-3700

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Donnie Philyn_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_Donnie Philyn_   10-16-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv919 S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0003 2055 2878

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540