**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Allen, Commissioner
Alabama Dep't of Corrections
301 S. Ripley St.
P.O. Box 301501
Montgomery, AL 36130-1501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ray P. Hope
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv919
svc

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 2055 2885

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540