## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES CALLAHAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. 2:06-cv-00919-WKW |
| v. | * |
| | * |
| RICHARD ALLEN, et al., | * |
| | * |
| Defendants. | * |

### PLAINTIFF/COUNTER-DEFENDANT'S
### ANSWER TO COUNTERCLAIMS

Plaintiff/Counter-Defendant James Callahan states as follows in answer to the counterclaim for declaratory judgment alleged in the Defendants/Counter-Plaintiffs's Answer:

### Response to Numbered Paragraphs of Counterclaim

1. Admitted.

2. Plaintiff/Counter-Defendant admits that Defendants/Counter-Plaintiffs are seeking an order declaring that their lethal injection protocol is constitutional, but denies any remaining allegation in the paragraph.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Plaintiff/Counter-Defendant admits that he was convicted of capital murder and sentenced to death, but denies that he was duly convicted and duly sentenced.

11. Plaintiff/Counter-Defendant cannot admit or deny the allegation in paragraph 12 of the Counterclaim. See Defendants' Answer p. 7.

12. Admitted.

13. Admitted

14. Plaintiff/Counter-Defendant admits that the State has an interest in finality but denies that such interest is more important than determining the constitutionality of state court convictions, sentences, and methods of carrying out sentences.

15. Denied.

16. Denied.

17. Plaintiff/Counter-Defendant admits that courts around the country are considering whether lethal injection protocols are constitutional, but denies the first sentenced of the paragraph.

18. Plaintiff/Counter-Defendant admits that he was convicted of capital murder.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

## Count I

24. Plaintiff/Counter-Defendant adopts and incorporates his responses to the paragraphs incorporated by Counter-Plaintiffs.

25. Admitted.

26. Admitted.

27. Plaintiff/Counter-Defendant denies the allegation about his interest.

28. Denied.

29. Denied.

## Count II

30. Plaintiff/Counter-Defendant adopts and incorporates his responses to the paragraphs incorporated by Counter-Plaintiffs.

31. Admitted.

32. Admitted.

33. Plaintiff/Counter-Defendant denies the allegation about his interest.

34. Denied.

35. Denied.

## Additional Defenses

1. Defendants/Counter-Plaintiffs have failed to state a claim on which relief could

be granted.

2.	Defendants/Counter-Plaintiffs's claims are barred by waiver and estoppel.

3.	Defendants/Counter-Plaintiffs's claims are barred by unclean hands.

4.	The declaratory judgment sought by the Defendants/Counter-Plaintiffs is unmerited because, as alleged in the original complaint against Defendants, Alabama's manner and method of execution does in fact subject death-sentenced prisoners to a risk of an excruciating painful and improperly anesthetized death. Alabama executes its citizens by methods considered too cruel to use on dogs by the American Veterinary Medical Association. Plaintiff/Counter-Defendant hereby incorporates by reference all of the facts and arguments alleged in the original complaint.

Respectfully submitted,

s/Randall S. Susskind
Randall Susskind (SUS002)
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
(334) 269-1803
rsusskind@eji.org

Counsel for James Callahan

CERTIFICATE OF SERVICE

I certify that on November 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw and James W. Davis.

                                          s/ Randall S. Susskind
                                          Randall S. Susskind (SUS002)
                                          Equal Justice Initiative of Alabama
                                          122 Commerce Street
                                          Montgomery, AL 36104
                                          (334) 269-1803
                                          (334) 269-1806
                                          rsusskind@eji.org

                                          Counsel for James Callahan