IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

James Callahan, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06cv919-WKW
)
Richard Allen, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Richard Allen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Alabama Dept. of Corrections | Commissioner |

6/20/2007
Date

/s/ J. Clayton Crenshaw
(Signature)

J. Clayton Crenshaw
(Counsel's Name)

Richard Allen, Grantt Culliver
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7423
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Clayton Crenshaw, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF System (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of June 20 07, to:

Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt,

Randall Susskind, and Cathleen Price

6/20/2007
Date

/s/ J. Clayton Crenshaw
Signature